UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLOMON ABATE,<br><br>  Plaintiff,<br><br>  v.<br><br>DELTA AIR LINES, INC.,<br><br>  Defendant. | Case No.  5:14-cv-03600 EJD<br><br>**ORDER TO SHOW CAUSE** |

On November 5, 2014, the Clerk issued a notice which scheduled a Case Management Conference for this action on January 22, 2015, and required the parties to file a Case Management Conference Statement on or before January 15, 2014.  See Docket Item No. 11.  This notice was served on Plaintiff by mail.  As of the date and time this order was filed, however, Plaintiff has not complied as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiff does not, by **January 30, 2015**, file a Case Management Conference Statement which conforms to the undersigned's Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Case Management Conference scheduled for January 22, 2015, is VACATED and will be reset if necessary upon resolution of the issue addressed herein.

**IT IS SO ORDERED.**

Dated:  January 20, 2015

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-03600 EJD
ORDER TO SHOW CAUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON ABATE,<br><br>        Plaintiff,<br><br>    v.<br><br>DELTA AIR LINES INC,<br><br>        Defendant. | Case No. 5:14-cv-03600-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/20/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Solomon Abate
2643 S. Bascom Ave #10
Campbell, CA 95008


Dated: 1/20/2015

Richard W. Wieking
Clerk, United States District Court


By: *Elizabeth C Garcia*
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA