United States District Court
Northern District of California

1     UNITED STATES DISTRICT COURT

2     NORTHERN DISTRICT OF CALIFORNIA

3     SAN JOSE DIVISION

4

5     SOLOMON ABATE,                Case No. 5:14-cv-03600-EJD

          Plaintiff,

6                                    **ORDER TO SHOW CAUSE**

7        v.

8     DELTA AIR LINES,

           Defendant.

9

10        On February 3, 2015, the court issued a Case Management Order which scheduled this

11 action for a Trial Setting Conference on June 25, 2015, and required the parties to file a Joint Trial

12 Setting Conference Statement on or before June 15, 2015.  See Docket Item No. 21.  This order

13 was served on Plaintiff by mail.  Defendant filed a separate Trial Setting Conference Statement by

14 the deadline.  Plaintiff, however, has failed to file a statement.

15        Accordingly, the court hereby issues an order to show cause why this action should not be

16 dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiff does not,

17 by **June 29, 2015**, file a Trial Setting Conference Statement which conforms to the undersigned's

18 Standing Order or otherwise demonstrate good cause in writing why this case should not be

19 dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil

20 Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by

21 the court.

22        In light of this order, the Trial Setting Conference scheduled for June 25, 2015, is

23 VACATED and will be reset, if necessary, upon resolution of the issue addressed herein.

24        **IT IS SO ORDERED.**

25 Dated: June 18, 2015

26

27                                   EDWARD J. DAVILA
                                   United States District Judge

28                                              1