UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLOMON ABATE, | Case No. 5:14-cv-03600-EJD |
| Plaintiff, | **ORDER GRANTING MOTION TO COMPEL AND MOTION FOR SANCTIONS** |
| v. | |
| DELTA AIR LINES, INC., | **(Re: Docket Nos. 32, 33)** |
| Defendant. | |

Defendant Delta Air Lines, Inc. moves to compel Plaintiff Solomon Abate to provide complete responses to Delta's requests for production of documents. Delta also moves for sanctions in the form of $4,820 in attorneys' fees it incurred in filing the motion to compel. Abate did not oppose either motion; nor did Abate appear for today's hearing on them. In light of plaintiff's failure to produce discovery, file any oppositions or appear for the hearing, the court GRANTS both of Delta's motions.[1]

---

[1] If a motion to compel is granted, the prevailing party may recover expenses, including attorneys' fees, unless "the opposing party's nondisclosure, response, or objection was substantially justified" or "other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(a)(5). The court declines to award any additional fees for counsel's appearance at today's hearing.

1
Case No. 5:14-cv-03600-EJD
ORDER GRANTING MOTION TO COMPEL AND MOTION FOR SANCTIONS

**SO ORDERED.**

Dated: September 22, 2015

                                                    _____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:14-cv-03600-EJD
ORDER GRANTING MOTION TO COMPEL AND MOTION FOR SANCTIONS